IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARYL LYONS,

    Petitioner,           No. CIV S-03-1127 GEB DAD P

   vs.

WARDEN KNOWLES,

    Respondent.         ORDER

/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the failure of the Department of Corrections to restore a loss of 360 days of behavioral credits imposed after a prison disciplinary proceeding. He also challenges a June 26, 2001 disciplinary decision finding him guilty of assault upon a staff member without serious injury. Respondent has failed to address petitioner's claim regarding the loss of 360 days of behavioral credits on the merits, arguing only that the claims are unexhausted and subject to a procedural bar. Good cause appearing, respondent will be ordered to respond to this claim on the merits within thirty days.

        Good cause appearing, IT IS HEREBY ORDERED that respondent file a supplemental answer responding to the merits of petitioner's claim that his right to due process was violated by the failure of the California Department of Corrections to restore to petitioner

1

1  360 days of behavioral credits, the loss of which was assessed after a May 25, 2001 disciplinary
2  hearing on a rules violation report dated April 7, 2001.
3  DATED: April 20, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:8:lyons1127.o