IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARYL LYONS,

     Petitioner,                     No. CIV S-03-1127 GEB DAD P

    vs.

WARDEN KNOWLES,

     Respondent.                  ORDER

/

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order dated April 23, 2007, respondent was directed to file a supplemental answer addressing the merits of petitioner's claim that his right to due process was violated by the failure of the California Department of Corrections to restore to petitioner 360 days of behavioral credits, the loss of which was assessed after a May 25, 2001 disciplinary hearing on a rules violation report dated April 7, 2001. On May 22, 2007, respondent filed a supplemental answer in response to the April 23, 2007 order. Good cause appearing, petitioner will be granted 30 days in which to file a reply to respondent's supplemental answer.

/////

/////

1

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days from the date of this order, petitioner may file a reply to respondent's May 22, 2007 supplemental answer.

DATED: May 24, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
lyons1127.reply